**FILED**

April 7, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:11-MJ-00101-DAD-5 |
| Plaintiff, | ) |
| v. | ) ORDER FOR RELEASE OF |
| | ) PERSON IN CUSTODY |
| SON TRUNG HOANG , | ) |
| | ) |
| Defendant. | ) |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SON TRUNG HOANG, Case No. 2:11-MJ-00101-DAD-5, Charge Title 21 USC §§ 846, 841(a)(1), 856, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

  ✔   Bail Posted in the Sum of $ 50,000 (co-signed)

    ✔     Unsecured Appearance Bond

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond with Surety

    __     Corporate Surety Bail Bond

    ✔     (Other)    With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 7, 2011 at 5:30 pm .

By _____

Dale A. Drozd
United States Magistrate Judge